UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| ANASTASIA RESCH,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Civil No. C12-5816-TSZ-MAT<br><br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Second Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including February 27, 2013, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including March 13, 2013, to file a reply brief.

**This is the second unopposed extension request filed by defendant.  Absent extraordinary circumstances, no additional extensions will be granted.**

Page 1     ORDER - [C12-5816-TSZ-MAT]

DATED this 11th day of February, 2013.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Mathew W. Pile
MATHEW W. PILE
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3760
Fax: (206) 615-2531
mathew.w.pile@ssa.gov