UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANASTASIA RESCH, | ) |
| | ) CASE NO. C12-5816-TSZ-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff brought this action to seek judicial review of the denial of his applications for Supplemental Security Income and Disability Insurance Benefits by the Commissioner of the Social Security Administration.  The parties have now stipulated that this case should be reversed and remanded.  (Dkt. 17.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The parties stipulate that, on remand, the Administrative Law Judge (ALJ) will: (1) offer plaintiff an opportunity for a new hearing; (2) update the medical record; (3)

REPORT AND RECOMMENDATION
PAGE -1

further evaluate the opinions of Paul Choi, M.D.; (4) re-assess plaintiff's credibility; (5) if necessary, obtain supplemental vocational expert testimony; and (6) issue a new decision. Upon proper presentation, the Court will consider plaintiff's application for attorney fees.

Given the above, the Court recommends that United States District Judge Thomas S. Zilly immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings.   A proposed order accompanies this Report and Recommendation.

DATED this <u>14th</u> day of February, 2013.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2