UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANASTASIA RESCH,            )
                            )   CASE NO. C12-5816-TSZ
      Plaintiff,            )
                            )
      v.                    )
                            )   ORDER OF REMAND
CAROLYN W. COLVIN, acting   )
Commissioner of Social Security, )
                            )
      Defendant.            )
_____)

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings.  (Dkt. 17.)   It is therefore ORDERED:

(1)   The Court adopts the Report and Recommendation;

(2)   The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 15th day of February, 2013.

                                    _____
                                    THOMAS S. ZILLY
                                    United States District Judge

ORDER OF REMAND
PAGE -1